IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| STANLEY TELLEZ, Individually and by and through his Conservator of his estate, MARIA RAMIREZ, | * |
| | * |
| | Case No. 4-11-cv-97 (CDL) |
| Plaintiff, | * |
| v. | |
| | * |
| Doctor JOSEPH CERAVOLO, NORTH COLUMBUS EYE CENTER, P.C., and Doctor TITUS PAYNE, | * |
| | * |
| Defendants. | * |

## **J U D G M E N T**

Pursuant to the jury verdict dated March 29, 2013, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants. Plaintiff shall recover nothing of Defendants. Defendants shall also recover costs of this action.

This 1st day of April, 2013.

Gregory J. Leonard, Clerk

s/ Timothy L. Frost, Deputy Clerk